SLOAN'S MOVING & STORAGE CO., INC., *v.*
UNITED STATES ET AL.

No. 880.   Decided June 10, 1963.

*Herbert Burstein* for appellant.

*Solicitor General Cox, Assistant Attorney General
Loevinger, Robert B. Hummel, Robert W. Ginnane* and
*H. Neil Garson* for the United States and the Interstate
Commerce Commission; and *Bernard G. Segal, Richmond
C. Coburn, S. Harrison Kahn, Irving R. Segal* and *Robert
L. Kendall, Jr.* for United Parcel Service, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is
affirmed.

SCOTT *v.* PENNSYLVANIA.

No. 1003, Misc.   Decided June 10, 1963.

Appellant *pro se.*

*Walter E. Alessandroni,* Attorney General of Pennsyl-
vania, and *George G. Lindsay,* Assistant Attorney General,
for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.